IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANNY BUGG and
ELDON BUGG                                                              PLAINTIFFS

v.                              CASE NO. 6:18-CV-06040

JASON STACHEY, in his official and individual
capacities; BRIAN ALBRIGHT, in his official
and individual capacities; DAVID FRASHER, in
his official and individual capacities; and CITY OF
HOT SPRINGS, ARKANSAS                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 7, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Bryant recommends that Defendants' Motion for Judgment on the Pleadings (ECF No. 11) and Amended Motion for Judgment on the Pleadings (ECF No. 13) be denied. Judge Bryant further recommends that Plaintiffs' Motion to Strike (ECF No. 16) be denied as moot. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Judgment on the Pleadings (ECF No. 11) and Amended Motion for Judgment on the Pleadings (ECF No. 13) are hereby **DENIED**. Additionally, Plaintiffs' Motion to Strike (ECF No. 16) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 27th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge