IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANNY BUGG and
ELDON BUGG                                                                                              PLAINTIFFS

vs.                                        Civil No. 6:18-cv-06040

JASON STACHEY, BRIAN ALBRIGHT,
DAVID FRASHER, and HOT SPRINGS,
ARKANSAS, CITY OF                                                                                    DEFENDANTS

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiffs' Motion for Partial Summary Judgment (ECF No. 55). This Motion was filed on July 29, 2019. Defendants responded to this Motion on August 14, 2019. The Court held a hearing to address this Motion in Hot Springs, Arkansas on August 28, 2019. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Robert T. Dawson referred this Motion to this Court for the purpose of making a report and recommendation.

With this Motion, Plaintiffs seek summary judgment in their favor as to their claims. In a separate Report and Recommendation (ECF No. 74) entered on today's date, the Court recommends granting Defendant's Motion for Summary Judgment and dismissal of all of Plaintiffs' claims. For the same reasons provided in that Report and Recommendation, the Court recommends Plaintiffs' Motion for Partial Summary Judgment (ECF No. 55) be **DENIED**.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are**

reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 30th day of August 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE